IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HEIDE HARBOR,

    Plaintiff,

v.

SUNTRUST MORTGAGE INC.,
AEROTEK, INC.,

    Defendant.

CIVIL ACTION FILE NO. 1:13-cv-04014-JOF

## ORDER

The above-styled case is presently before the Court on the Parties' Joint Motion for Review and Approval of Settlement Agreement and General Release and For Dismissal with Prejudice. The Parties have requested that the Court review and approve the "Confidential Settlement Agreement and General Release" in this case, because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. The Court has reviewed the proposed Settlement Agreement, and finds that it is a fair and reasonable resolution of the dispute. Accordingly, the Parties' Joint Motion is **GRANTED**, and the Parties' Settlement Agreement and General Release is **APPROVED** and incorporated herein. This Court shall retain jurisdiction over this matter until the terms set forth in the Settlement Agreement have been complied with.

IT IS SO ORDERED, this 24th day of July, 2014.

_____
Timothy C. Batten, Sr.
United States District Court Judge